EXHIBIT A TO AGREEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| YCB INTERNATIONAL, INC., an Illinois corporation, | ) ) ) ) |  |
| Plaintiff, | ) ) | No. 1:09-cv-7221 |
| v. | ) ) | Judge James Holderman |
| UCF TRADING CO, LTD., a corporation of The Bahamas, | ) ) ) |  |
| Defendant. | ) |  |

**JOINT MOTION by UCF TRADING COMPANY, LTD., YCB INTERNATIONAL, INC., AND YANTAI CMC BEARING COMPANY, LTD.**

UCF Trading Company, Ltd, YCB International, Inc., and Yantai CMC Bearing Company, by their respective attorneys, jointly move the Court as follows:

1. Movants request the Court enter a final judgment on YCB International Inc.s' Amended Complaint Count I [Document 70] in favor of YCB International, Inc. and against UCF Trading Company, Ltd., in the amount of USD$1,408,236.69 (One Million, Four Hundred Eight Thousand, Two Hundred Thirty-Six United States Dollars and 69 Cents). Movants also request a finding pursuant to pursuant to FRCP 54(b) that there is no just reason to delay enforcement of this judgment, and for the Court to direct the Clerk to enter the judgment on a separate document pursuant to FRCP 58(a).

1

2. UCF Trading Company, Ltd. stipulates, that with respect to the claim and judgment referenced in paragraph 1, it waives all defenses, rights of appeal, rights to re-consideration and rights to seek delays in enforcement

3. Movants further request that all other claims by YCB International in its Amended Complaint [Document 70] be dismissed as moot.

4. Movants further request that UCF Trading Company, Inc.'s claims against YCB and CMC [Document 33] be dismissed with prejudice.

5. Movants further request that Yantai CMC Bearing Company's Amended Counterclaim Count I [Document 72] be dismissed with prejudice and all other claims of Yantai CMC Bearing Company's Amended Counterclaim are dismissed as moot.

6. Movants are submitting a proposed order herewith as an exhibit and emailing a copy to chambers.

WHEREFORE, Movants pray that the proposed order be entered.

**UCF TRADING COMPANY, LTD.**
By: /s/ Togai K. Atac
Attorney for UCF Trading Co.
Atom Law Group
770 North LaSalle Street
Suite 700
Chicago, IL  60654
tkatac@atomlawgroup.com
Atty No. 6292309

**YCB INTERNATIONAL, INC., and**
**YANTAI CMC BEARING COMPANY, LTD. ,**
By: /s/ Gregory J. Bueche
Attorney for YCB International, Inc.
And Yantai CMC Bearing Company
gbueche7035@wowway.com
27475 Ferry Road
Warrenville, IL  60555
630-717-2962
Attorney No. 6193425